# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| FRANK ZANELLA | ) | CASE NO: 1:22-cv-791 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| vs. | ) | **STIPULATED NOTICE OF** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| PROGRESSIVE CASUALTY INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

The parties, by and through undersigned counsel, hereby stipulate and provide notice to the Court and all parties that this matter has been dismissed, *with prejudice*. Parties to bear their own attorney's fees and court costs. The Court shall retain jurisdiction over the resolution of this matter.

Respectfully submitted,

| */s/ Fred M. Bean* | */s/ Jzinae N. Jackson* |
|---|---|
| Fred M. Bean (0086756) | Jzinae N. Jackson (0098411) |
| Spitz, The Employee's Attorney | Stephen S. Zashin (0064557) |
| 25825 Science Park Drive, Suite 200 | Zashin & Rich Co., LPA |
| Beachwood, OH  44122 | 950 Main Ave., 4th Floor |
| Phone: (216) 291-4744 | Cleveland, OH 44113 |
| Fax:     (216) 291-5744 | Phone: (216) 696-4441 |
| Email: fred.bean@spitzlawfirm.com | Fax: (216) 696-1618 |
| | Email: jnj@zrlaw.com |
| | ssz@zrlaw.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

**IT IS SO ORDERED**.
/s/ Solomon Oliver, Jr.
United States District Judge
1/3/2023